UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | CV 22-03788-VBF (DFM) | Date: | October 24, 2022 |
|---|---|---|---|
| Title | Bruce Westin v. City of Calabasas et al. | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Court Reporter |
| Deputy Clerk | Not Present |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order to Show Cause re Service

On June 2, 2022, Plaintiff filed a civil rights complaint against the City of Calabasas, California Superior Court, and California Court of Appeal. See Dkt. 1. After more than four months, there is no record that Plaintiff has properly served the California Superior Court and/or the California Court of Appeal. "If a defendant is not served within 90 days after the complaint is filed, the court—on its own motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). The Court "must extend" the time for service if the plaintiff shows good cause for the failure. Id.

Plaintiff is thus ordered to show cause within seven (7) days why the California Superior Court and California Court of Appeal should not be dismissed from this action for failure to effectuate service. Plaintiff's filing of the proof of service of summons and complaint on those Defendants is sufficient to discharge this order. Failure to respond will result in a recommendation of dismissal.