# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| BRUCE WESTIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF CALABASAS et al.,<br><br>　　　　Defendants. | No. CV 22-03788-VBF (DFM)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the assigned United States Magistrate Judge. No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

　　IT IS THEREFORE ORDERED that Judgment be entered granting Defendant City of Calabasas's Motion to Dismiss (Dkt. 40) and dismissing this action with prejudice.

Date:  November 15, 2023

　　　　　　　　　　　　　　　　　　　　*Valerie Baker Fairbank*
　　　　　　　　　　　　　　　　　　　　VALERIE BAKER FAIRBANK
　　　　　　　　　　　　　　　　　　　　United States District Judge