JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| BRUCE WESTIN,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF CALABASAS et al.,<br><br>Defendants. | No. CV 22-03788-VBF (DFM)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that Defendant City of Calabasas's Motion to Dismiss (Dkt. 40) is granted and this action is dismissed with prejudice.

Date: November 15, 2023

*Valerie Baker Fairbank*
VALERIE BAKER FAIRBANK
United States District Judge